UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARK A. HENDERSON, | : | No. 3:21-cv-1308 (SRU) |
| *Plaintiff*, | : | |
| v. | : | |
| ROBERT MARTIN, et al., | : | |
| *Defendants*. | : | October 18, 2022 |

## DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR CONTEMPT (ECF NO. 40)

### I. Introduction

The plaintiff is a sentenced inmate confined at the Connecticut Department of Correction Corrigan-Radgowski Correctional Center. Plaintiff alleges that the defendants violated his Eighth Amendment rights by acting with deliberate indifference to the conditions of his confinement. Specifically, that his prison cell had a partially clogged dirty ventilation register air duct and blocked ventilation return vent, which caused him to experience various medical symptoms. As discussed below, the court should deny the plaintiffs' motion because (1) the defendants have responded to these discovery requests and (2) the plaintiff failed to comply with the local rules.

### II. The Defendants Have Provided Initial Disclosures and Responses to Requests for Admission

Plaintiff filed a motion for contempt alleging that the defendants failed to comply with the court's Standing Order re: Initial Discovery Disclosures (ECF No. 33) and failed to respond to the plaintiff's requests for admissions addressed to defendant Justin Oles. (ECF No. 40). The defendants object to the plaintiff's motion on the basis that they have responded to these discovery requests.

The defendants certified initial disclosures to the plaintiff on October 11, 2022, which included over 650 pages of medical records, incident reports, and administrative remedies records.

The defendants certified their responses to the plaintiff's interrogatories and requests for admission on September 19, 2022. The plaintiff confirmed receipt of these responses in a subsequent filing withdrawing his request with respect to defendant Justin Oles request for admission. (ECF No. 41).

### III. The Plaintiff Failed to Meet and Confer

In this case, the plaintiff failed to comply with the local rule requiring the parties to meet and confer. If the moving party fails to adhere to the Local Rules, the court should deny the motion for contempt. *See Hunnicutt v. Kitt*, 2011 WL 3047648, at *1 (D. Conn. July 25, 2011) (denying the plaintiff's motion to compel because his memorandum failed to adhere to Local Rule 37(b)(1)); *Brown v. Uconn Med. Grp.*, 2014 WL 2804345, at *2 (D. Conn. June 20, 2014) (denying the plaintiff's motion to compel because the plaintiff failed to "attach the discovery requests, and he fail[ed] to file affidavits or memoranda or document efforts to resolve these disputes.").

Local Rule 37(a) provides that "[n]o motion pursuant to Rules 26 through 37, Fed.R.Civ.P. shall be filed unless counsel making the motion has conferred, in person or by telephone, with opposing counsel and discussed the discovery issues between them in detail in a good faith effort to eliminate or reduce the area of controversy, and to arrive at a mutually satisfactory resolution." The plaintiff does not even allege that he attempted to meet and confer, and the undersigned counsel has no recollection or record of any attempts from the plaintiff to meet and confer regarding discovery. Furthermore, the plaintiff attaches the

discovery requests to his motion but failed to attach any meet and confer letters. As such, the court should deny his motion.

### IV. Conclusion

For the reasons discussed above, the court should deny the motion to compel.

DEFENDANTS
Robert Martin, et al.,

WILLIAM TONG
ATTORNEY GENERAL

BY: */s/ Dennis V. Mancini*
Dennis V. Mancini (ct30239)
Assistant Attorney General
State of Connecticut
Office of the Attorney General
110 Sherman Street
Hartford, CT 06105
dennis.mancini@ct.gov
Tel: (860) 808-5450
Fax: (860) 808-5591

**CERTIFICATION**

      I hereby certify that on October 18, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

Mailed to:

Mark A. Henderson
#382714
Corrigan-Radgowski Correctional Center
986 Norwich-New London Turnpike
Uncasville, CT 06382

                                                /s/ *Dennis V. Mancini*
                                                Dennis V. Mancini (ct30239)
                                                Assistant Attorney General