# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARK A. HENDERSON,<br>*Plaintiff*, | : No. 3:21-cv-1308 (SRU)<br>:<br>: |
| v. | :<br>: |
| ROBERT MARTIN, et al.,<br>*Defendants*. | :<br>: October 21, 2022 |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the plaintiff, Mark A. Henderson, and the defendants in the above-captioned matter hereby stipulate to a dismissal of this matter with prejudice and without any award of attorney's fees or costs to any party.

PLAINTIFF,
Mark A. Henderson


By: *Mark A. Henderson*
Mark A. Henderson

DEFENDANTS,
MARTIN, ET AL.

WILLIAM TONG
ATTORNEY GENERAL

BY: */s/ Dennis V. Mancini*
Dennis V. Mancini (ct30239)
Assistant Attorney General
State of Connecticut
Office of the Attorney General
110 Sherman Street
Hartford, CT 06105
dennis.mancini@ct.gov
Tel: (860) 808-5450
Fax: (860) 808-5591

*Their Attorney*

## CERTIFICATION

I hereby certify that on *October 26th*, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Dennis V. Mancini*
Dennis V. Mancini
Assistant Attorney General